Daniel T. Quinn
Alaska Bar No. 8211141
Rebecca A. Lindemann
Alaska Bar No. 1309051
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
dquinn@richmondquinn.com
rlindemann@richmondquinn.com

Attorneys for Defendant
Ohio Security Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN CARRICK and A-AFFORDABLE TRANSMISSIONS, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>          Defendant. | Case No. 3:16-cv-00094-JWS |

**STIPULATION FOR EXTENSION OF TIME TO EXTEND
DEADLINES RELATING TO EXPERTS**

The parties hereby stipulate and agree to extend the following expert discovery deadlines by 45 days. The following are now due on:

| | |
|---|---|
| Identification of expert witnesses: | 12/15/16 |
| Plaintiffs' expert witness disclosures: | 1/15/17 |
| Defendant's expert witness disclosures: | 1/30/17 |
| Expert rebuttal reports: | 2/27/17 |

DATED this 2nd day of November 2016, at Anchorage, Alaska.

RICHMOND & QUINN

By /s/ Daniel T. Quinn
Daniel T. Quinn
Alaska Bar No. 8211141
Rebecca A. Lindemann
Alaska Bar No. 1309051
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
dquinn@richmondquinn.com
rlindemann@richmondquinn.com

Attorneys for Defendant
Ohio Security Insurance Company

Stipulation for Extension of Time to Extend Deadlines Relating to Experts
Carrick & A-Affordable Transmissions v. Ohio Security Insurance Company,
Case No. 3:16-cv-00094-JWS
Page 2 of 3

Case 3:16-cv-00094-JWS   Document 15   Filed 11/02/16   Page 2 of 3

DATED this 2nd day of November 2016, at Anchorage, Alaska.

BARBER & ASSOCIATES

By /s/ Jeffrey J. Barber
Jeffrey J. Barber
Alaska Bar No. 0111058
821 N Street, Suite 103
Anchorage, AK 99501
Ph: (907) 276-5858
Fax: (907) 276-5817
jeffb@alaskainjury.com

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of November 2016, a copy of the foregoing was served electronically on the following:

Jeffrey J. Barber
Barber & Associates, LLC
821 N Street, Suite 103
Anchorage, AK 99501
Email: jeffb@alaskainjury.com

/s/ Daniel T. Quinn
RICHMOND & QUINN

I:\2044\150\PLD\STIPULATION TO EXTEND DEADLINES.docx

Stipulation for Extension of Time to Extend Deadlines Relating to Experts
Carrick & A-Affordable Transmissions v. Ohio Security Insurance Company,
Case No. 3:16-cv-00094-JWS
Page 3 of 3

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Case 3:16-cv-00094-JWS   Document 15   Filed 11/02/16   Page 3 of 3