IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN CARRICK and A-AFFORDABLE TRANSMISSIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WEST AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:16-cv-00094-JWS |

### ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW, the court, and hereby grants the parties' stipulation for dismissal with prejudice. All claims brought, or that could have been brought in this case are hereby dismissed in their entirety, with prejudice, with each party to bear their own costs and fees.

DATED this 10th day of October, 2017.

/s/ JOHN W. SEDWICK
SENIOR JUDGE, UNITED STATES DISTRICT COURT